# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **MAGISTRATE CASE NO.** |
| **-vs-** | **20-MJ-34-UNA-1** |
| **TERRY LEMOND DORSEY** | |

## ORDER OF DETENTION

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held. The defendant stipulated to detention at this time, reserving his right to reopen the issue of detention. The government did not object. Based on the defendant's stipulation, the defendant is ordered detained subject to his right to reopen the detention hearing upon petitioning the court for same.

### DIRECTIONS REGARDING DETENTION

**TERRY LEMOND DORSEY** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **TERRY LEMOND DORSEY** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshals Service for the purpose of an appearance in connection with a Court proceeding.

Signed in Baton Rouge, Louisiana, on June 17, 2020.

*[signature]*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**