## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR CONSPIRACY TO COMMIT ARSON AFFECTING INTERSTATE COMMERCE, ARSON AFFECTING INTERSTATE COMMERCE, AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-41-BAJ-SDJ |
| | : | |
| *versus* | : | 18 U.S.C. § 844(n) |
| | : | 18 U.S.C. § 844(i) |
| TERRY DORSEY, | : | 18 U.S.C. § 2 |
| KENYATTA HUGGINS, and | : | 18 U.S.C. § 981(a)(1)(C) |
| SHAMYRIN DJHODI JOHNSON | : | 28 U.S.C. § 2461(c) |

### THE GRAND JURY CHARGES:

#### COUNT ONE
(Conspiracy to Commit Arson Affecting
Interstate Commerce)

From on or about May 31, 2020, through on or about June 1, 2020, in the Middle District of Louisiana, **TERRY DORSEY**, **KENYATTA HUGGINS**, and **SHAMYRIN DJHODI JOHNSON**, defendants herein, did knowingly and intentionally conspire with each other and others known and unknown to the Grand Jury, to maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive materials, buildings and other real and personal property used in interstate commerce, to wit:

a. Tai Industries, Inc., located at 6410 Fieldstone Drive, Baton Rouge, Louisiana;

b. AutoZone, located at 11554 Airline Highway, Baton Rouge, Louisiana;

c. Tigers Tire Shop, Inc., located at 4415 Plank Road, Baton Rouge, Louisiana; and

d.  AAA Tire Shop, Inc., located at 6160 Airline Highway, Baton Rouge, Louisiana.

The above is a violation of Title 18, United States Code, Sections 844(n) and (i).

## COUNT TWO
(Arson Affecting Interstate Commerce)

On or about May 31, 2020, in the Middle District of Louisiana, **TERRY DORSEY**, **KENYATTA HUGGINS**, and **SHAMYRIN DJHODI JOHNSON**, defendants herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, a building, to wit, Tai Industries, Inc., located at 6410 Fieldstone Drive, Baton Rouge, Louisiana, and other real and personal property, used in interstate commerce, and aided and abetted each other in doing so.

The above is a violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT THREE
(Arson Affecting Interstate Commerce)

On or about May 31, 2020, in the Middle District of Louisiana, **TERRY DORSEY**, **KENYATTA HUGGINS**, and **SHAMYRIN DJHODI JOHNSON**, defendants herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, a building, to wit, AutoZone, located at 11554 Airline Highway, Baton Rouge, Louisiana, used in interstate commerce, and aided and abetted each other in doing so.

The above is a violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT FOUR
(Arson Affecting Interstate Commerce)

On or about June 1, 2020, in the Middle District of Louisiana, **TERRY DORSEY**, **KENYATTA HUGGINS**, and **SHAMYRIN DJHODI JOHNSON**, defendants herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, a building, to wit, Tigers Tire Shop, Inc., located at 4415 Plank Road, Baton Rouge, Louisiana, and other real and personal property, used in interstate commerce, and aided and abetted each other in doing so.

The above is a violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT FIVE
(Arson Affecting Interstate Commerce)

On or about June 1, 2020, in the Middle District of Louisiana, **TERRY DORSEY**, **KENYATTA HUGGINS**, and **SHAMYRIN DJHODI JOHNSON**, defendants herein, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, a building, to wit, AAA Tire Shop, Inc., located at 6160 Airline Highway, Baton Rouge, Louisiana, and other real and personal property, used in interstate commerce, and aided and abetted each other in doing so.

The above is a violation of Title 18, United States Code, Sections 844(i) and 2.

## NOTICE OF FORFEITURE

Upon conviction of any count in this Indictment, **TERRY DORSEY**, **KENYATTA HUGGINS**, and **SHAMYRIN DJHODI JOHNSON**, defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or,

  e. has been commingled with other property that cannot be divided without difficulty,

the United States shall be entitled to a forfeiture money judgment and shall be allowed to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p), in satisfaction of the forfeiture money judgment.

UNITED STATES OF AMERICA, BY

_____
BRANDON J. FREMIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
PAUL L. PUGLIESE
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
PETER J. SMYCZEK
ASSISTANT UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
GRAND JURY FOREPERSON

7/2/20
DATE

4

**Criminal Cover Sheet**      **U.S. District Court**

**Place of Offense:**

City      Baton Rouge, Louisiana

County/Parish      East Baton Rouge Parish

**Matter to be sealed:** ☒ No    ☐ Yes

**Related Case Information:**

Superseding Indictment ____ Docket Number ____
Same Defendant ☒      New Defendant ____
Magistrate Case Number    20-mj-34
Search Warrant Case No. ____
R 20/ R 40 from District of ____
Any Other Related Cases: ____

**Defendant Information:**

Defendant Name:      TERRY DORSEY

**U.S. Attorney Information:**

AUSA:    Peter J. Smyczek      Bar #:    ASB-9667-E667

**Interpreter:** ☒ No    ☐ Yes      List language and/or dialect: ____

**Location Status:**

Arrest Date      6/9/2020
__X__ Already in Federal Custody
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    5

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:844(n) | Conspiracy to Commit Arson Affecting Interstate Commerce | 1 | Felony |
| 18:844(i) | Arson Affecting Interstate Commerce | 2-5 | Felony |

Date: 7/2/20      Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): ____

## Criminal Cover Sheet     U.S. District Court

**Place of Offense:**

City     <u>Baton Rouge, Louisiana</u>

County/Parish     <u>East Baton Rouge Parish</u>

**Matter to be sealed:** ☒ No    ☐ Yes

**Related Case Information:**

Superseding Indictment _____    Docket Number _____
Same Defendant ☒    New Defendant _____
Magistrate Case Number <u> 20-mj-34 </u>
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:     KENYATTA HUGGINS

**U.S. Attorney Information:**

AUSA:    Peter J. Smyczek      Bar #:    ASB-9667-E667

**Interpreter:** ☒ No    ☐ Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date     <u>6/9/2020</u>
_____ Already in Federal Custody
_____ Already in State Custody
__X__ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    _5_

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:844(n) | Conspiracy to Commit Arson Affecting Interstate Commerce | 1 | Felony |
| 18:844(i) | Arson Affecting Interstate Commerce | 2-5 | Felony |

Date:    7/2/20      Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

# CRIMINAL COVER SHEET — U.S. District Court

**Place of Offense:**

City: Baton Rouge, Louisiana

County/Parish: East Baton Rouge Parish

**Matter to be sealed:** ☒ No ☐ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number ___
Same Defendant ☒   New Defendant ___
Magistrate Case Number  20-mj-34
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: SHAMYRIN DJHODI JOHNSON

**U.S. Attorney Information:**

AUSA: Peter J. Smyczek      Bar #: ASB-9667-E667

**Interpreter:** ☒ No ☐ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date: 6/9/2020
____ Already in Federal Custody
____ Already in State Custody
_X_ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:  5

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:844(n) | Conspiracy to Commit Arson Affecting Interstate Commerce | 1 | Felony |
| 18:844(i) | Arson Affecting Interstate Commerce | 2-5 | Felony |

Date: 7/2/20      Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

*GRAND JURY RETURN*

Date:  July 2, 2020

UNITED STATES OF AMERICA

VERSUS

TERRY DORSEY,
KENYATTA HUGGINS,
SHAMYRIN DJHODI JOHNSON

CRIMINAL

NO. 20-41-BAJ-SDJ

    PRESENT:   Peter J. Smyczek
                      Counsel for U.S.A.

Indictment filed into the record and arrest warrant issued.

\* \* \* \* \*