UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL ACTION

VERSUS

TERRY LEMOND DORSEY                                     NO. 20-00041-BAJ-SDJ

### ORDER

Considering Defendant's unopposed **Motion to Modify Post Conviction Conditions of Release (Doc. 144)**,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order Setting Conditions of Release (Doc. 99) be amended as follows: Condition (7)(q), requiring Defendant to submit to location monitoring, shall be removed.

Baton Rouge, Louisiana, this 18th day of November, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA