Rev - 09/12

# ORDER TO SURRENDER

## UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

**UNITED STATES OF AMERICA**

vs.  **Docket No.:** 20-41-BAJ-SDJ-001

**Terry Dorsey**

It is hereby ordered that Terry Dorsey, the defendant, having been sentenced in the above case to the custody of the Attorney General, is hereby ordered to surrender to the Attorney General by reporting to the designated facility of the U. S. Bureau of Prisons before 2:00 p.m. on January 10, 2022.

_____     12/2/2021
Brian A. Jackson                   Date
U.S. District Judge

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be prosecuted for failing to appear, pursuant to 18 U.S.C. §3146, and be punished by imprisonment and fine.

_____     _____
Attorney/Witness                    Defendant

USM-Certified