UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

Terry Dorsey

**SUMMONS IN A CRIMINAL CASE**

Docket Number: 3:20CR00041-1

YOU ARE HEREBY SUMMONED to appear before the Honorable Brian A. Jackson, United States District Judge at Baton Rouge, Louisiana, on April 19, 2023, at 10:00 a.m. 777 Florida Street, Russell B. Long U.S. Courthouse and Federal Building, Baton Rouge, Louisiana.
To answer to: Modification Hearing see attached LAM 12B.

_____
Honorable Brian A. Jackson
U.S. District Judge

April 6, 2023
_____
Date and Location

**RETURN OF SERVICE**

Service was made by me on (date):

Check one box below to indicate appropriate method of service

[✓]   Served personally upon the defendant at: 777 Florida Street Suite 161, Baton Rouge

[ ]   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.  Name of person with whom the summons was left:

[ ]   Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on April 11, 2023 (DATE)

Lynn Guilbot
Name of Server

_____
By Signature of Server

Remarks: